**So Ordered.**


Patricia C. Williams
Bankruptcy Judge

**Dated: October 25th, 2013**

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re: | DC No. 12-CV-633-RMP |
| LLS AMERICA, LLC, | Case No. 09-06194-PCW11 |
| Debtor(s). | |
| BRUCE P. KRIEGMAN, solely in his capacity as court-appointed Chapter 11 Trustee for LLS America, LLC, | Adversary No. 11-80121-PCW11 |
| Plaintiff(s), | REPORT AND RECOMMENDATION RE: PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT JUDGMENT AGAINST DEFENDANT CINDY WETMORE (ECF NO. 68) |
| vs. | |
| CINDY WETMORE, | |
| Defendant(s). | |

The Honorable Patricia C. Williams, sitting in the United States Bankruptcy Court for the Eastern District of Washington, hereby files this Report and Recommendation regarding plaintiff's Motion for Entry of Default Judgment Against Defendant Cindy Wetmore (ECF No. 68) filed with the bankruptcy court in this adversary proceeding.

REPORT AND RECOMMENDATION RE: . . . ~ Page 1

This Report and Recommendation is made pursuant to the Honorable Rosanna Malouf Peterson's Order Withdrawing the Reference and Referring to Bankruptcy Court for Further Proceedings entered on January 16, 2013 (ECF No. 2) in district court case No. 12-CV-633-RMP.

The recommendation is that plaintiff's Motion for Entry of Default Judgment Against Defendant Cindy Wetmore (ECF No. 68) be granted and the attached Default Judgment be entered in this adversary proceeding. The basis for this recommendation is that an Order of Default was entered by the bankruptcy court on September 17, 2013 (ECF No. 65).

///END OF REPORT AND RECOMMENDATION///

Shelley N. Ripley, WSBA No. 28901
Daniel J. Gibbons, WSBA No. 33036
WITHERSPOON • KELLEY
422 W. Riverside, Suite 1100
Spokane, WA 99201
Telephone: (509) 624-5265; Facsimile: (509) 458-2717
Attorneys to Bruce P. Kriegman, Liquidating Trustee

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In Re:<br><br>LLS AMERICA, LLC,<br><br>    Debtor. | US District Case No. 12-CV-00633<br><br>Bankruptcy No. 09-06194-PCW11 |
| BRUCE P. KRIEGMAN, Liquidating Trustee under the liquidating trust for LLS America LLC,<br><br>    Plaintiff,<br> v.<br><br>CINDY WETMORE,<br><br>    Defendant. | Adversary No. 11-80121-PCW 11<br><br>DEFAULT JUDGMENT AGAINST DEFENDANT CINDY WETMORE |

## JUDGMENT SUMMARY

1. Judgment Creditor:    Plaintiff Bruce P. Kriegman

2. Attorney(s) for Judgment Creditors:    Witherspoon Kelley

3. Judgment Debtors:    Cindy Wetmore

DEFAULT JUDGMENT- 1

{S0790517; 1 }

**WK** WITHERSPOON·KELLEY
Attorneys & Counselors
422 W. Riverside Avenue, Suite 1100  Phone: 509.624.5265
Spokane, Washington 99201-0300  Fax: 509.458.2728

11-80121-FPC  Doc 72  Filed 10/25/13  Entered 10/28/13 13:26:57  Pg 3 of 6

4. Attorney for Judgment Debtor(s):     None

5. Amount of Judgment:     $ 545,160.76 CAD
                           $      250.00 USD

6. Amount of Interest Owed to Date     $ 0.00
   of Judgment:

7. Interest Rate:     0.11% per annum

## JUDGMENT

The Bankruptcy Court having previously entered an Order of Default against Defendant Cindy Wetmore (Adv. Doc. No. 65), and having reviewed the previously filed Memorandum of Authorities (Adv. Doc. No. 60), and the Affidavits of Curtis Frye and Shelley Ripley in Support of Plaintiff's Motion for Default Judgment filed herewith, and being fully advised in the premises,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Plaintiff, Bruce P. Kriegman, solely in his capacity as court-appointed Chapter 11 Trustee for LLS America, LLC, shall have a judgment against the Defendant Cindy Wetmore, as follows:

1. Monetary Judgment in the amount of $545,160.76 CAD, pursuant to 11 U.S.C. § 550 and RCW 19.40.071;

2. Transfers in the amount of $398,537.76 CAD, including $130,000 in commissions, made to the Defendant within four years prior to the Petition Filing Date are hereby avoided and Plaintiff may take all necessary action to preserve

DEFAULT JUDGMENT- 2

{S0790517; 1 }

**WK WITHERSPOON·KELLEY**
Attorneys & Counselors
422 W. Riverside Avenue, Suite 1100     Phone: 509.624.5265
Spokane, Washington 99201-0300          Fax: 509.458.2728

11-80121-FPC    Doc 72    Filed 10/25/13    Entered 10/28/13 13:26:57    Pg 4 of 6

the same, pursuant to 11 U.S.C. §§ 544, 550, 551 and 548(a) and (b) and RCW 19.40.041(1) and (2) and RCW 19.40.071;

3. Transfers in the amount of $146,625.00 CAD made to Defendant more than four years prior to the Petition Filing Date are hereby avoided and Plaintiff may take all necessary action to preserve the same, pursuant to 11 U.S.C. §§ 544, 550 and 551 and RCW 19.40.041(1) and 19.40.071;

4. All said transfers to Defendant Cindy Wetmore are hereby set aside and Plaintiff shall be entitled to recover the same, or the value thereof, from Defendant Cindy Wetmore for the benefit of the estate of LLS America, pursuant to 11 U.S.C. §§ 544, 550 and 551;

5. All proofs of claim of the Defendant Cindy Wetmore, which have been filed or brought or which may hereafter be filed or brought by, on behalf of, or for the benefit of Defendant Cindy Wetmore, or her affiliated entities, against the Debtor's estate, in this bankruptcy or related bankruptcy proceedings, are hereby disallowed and subordinated to the monetary judgment granted herein and Defendant Cindy Wetmore shall not be entitled to collect on her proof of claim (Claim No. 677-1) until the monetary judgment is satisfied by Defendant Cindy Wetmore in full, pursuant to 11 U.S.C. §§ 502(d), 510(c)(1) and 105(a).

6. A constructive trust is hereby established over the proceeds of all transfers in favor of the Trustee for the benefit of the estate of LLS America; and

7. Plaintiff is hereby awarded costs (i.e. filing fee) in the amount of $250.00 USD, for a total judgment of $545,160.76 CAD, plus $250.00 USD,

DEFAULT JUDGMENT- 3

{S0790517; 1 }

WITHERSPOON·KELLEY
Attorneys & Counselors
422 W. Riverside Avenue, Suite 1100    Phone: 509.624.5265
Spokane, Washington 99201-0300    Fax: 509.458.2728

which shall bear interest equal to the weekly average of one-year constant maturity (nominal) treasury yield as published by the Federal Reserve System.

Entered this ___ day of _____, 2013.

_____
HONORABLE ROSANNA MALOUF PETERSON

*Presented by:*

WITHERSPOON · KELLEY

*s/ Shelley N. Ripley*
Shelley N. Ripley, WSBA No. 28901
Daniel J. Gibbons, WSBA No. 33036
Attorneys for Plaintiff

DEFAULT JUDGMENT- 4

{S0790517; 1 }



WITHERSPOON·KELLEY
Attorneys & Counselors
422 W. Riverside Avenue, Suite 1100    Phone: 509.624.5265
Spokane, Washington 99201-0300    Fax: 509.458.2728